UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-109 |
| | ) | |
| ERIK D. ZAHURSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 8, 2023, the defendant, Erik D. Zahursky, appeared in court for a hearing on the Supervised Release Revocation Agreement [DE 362] filed by the parties on January 27, 2023. Based upon the record of proceedings the Court makes this Report and Recommendation.

On April 10, 2007, a jury found Defendant Zahursky guilty of Count 1 charged in the Indictment (Attempted Coercion or Enticement of a Minor) and on January 14, 2008, Judge Rudy Lazano sentenced him to a term of 262 months followed by 20 years supervised release subject to specified written terms and conditions. On April 29, 2011, the Court entered an Amended Judgment in a Criminal Case, sentencing Defendant Zahursky to 210 months custody of the U.S. Bureau of Prisons, to be followed by a supervised release term of 20 years. The defendant's term of supervision began on June 22, 2021.

On September 2, 2021, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 348] and an arrest warrant was issued. On September 7, 2021, an Initial Appearance was held. A detention hearing was held on September 9, 2021, at which time Defendant Zahursky was remanded to custody of the U.S. Marshal.

On February 23, 2023, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to

submit proposed findings and recommendations pursuant to 18 U.S.C. ' 3401(i), 28 U.S.C. ' 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

During the Supervised Release Revocation Hearing held on March 8, 2023, the defendant was advised of the allegations in the petition and the range of penalties. He also was advised of his right to a hearing before District Judge James T. Moody on both the alleged violations and the actual sentence. The defendant waived his right to a hearing before the district judge and admitted to a Grade B violation and two Grade C violations.

It is **RECOMMENDED** that:

1. The Agreed Disposition [DE 362] be accepted;

2. The defendant be sentenced to a term of 10 (10) months imprisonment and that time be considered served;

3. The defendant be placed on supervised release equal to the remainder of the original term of supervised release under the mandatory and discretionary conditions of supervision contained in the Summary Report of Violations prepared by the United States Probation Officer [DE 364].

The parties were advised of their right to object to this Recommendation and they have waived that right.

ENTERED this 8th day of March, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge