UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:06 CR 109 |
| | ) | |
| ERIK D ZAHURSKY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 368), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the September 2, 2021, Petition. (DE # 348.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 362.) Defendant is sentenced to a term of ten (10) months of imprisonment, and that time is considered served. Defendant is to serve a term of supervised release equal to the remainder of the original term of supervised release under the mandatory and discretionary conditions of supervision contained in the Summary Report of Violations prepared by the United States Probation Officer. (DE # 364.)

SO ORDERED.

Date: March 9, 2023

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT