UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | No. 2:06 CR 109 |
| ) | |
| ERIK D. ZAHURSKY  ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 407), to which the defendant has not objected, the Magistrate Judge's findings and recommendations are now **ADOPTED**. The defendant is **ADJUDGED** to have committed the violations of his supervised release, as described in the October 23, 2023, Petition. (DE # 371.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of three years' incarceration, to be followed by a ten-year term of supervised release. The court **APPROVES** the terms of supervision contained in the Summary of Violation. (DE # 388.)

**SO ORDERED.**

Date: October 23, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT